# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| ANTHONY THREATT ROBINSON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV420-326 |
| KEVIN SPRAYBERRY, | ) ) ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

Petitioner Anthony Threatt Robinson, an inmate at the Federal Correctional Institution in Otisville, New York, has filed a petition seeking habeas corpus relief under 28 U.S.C. § 2254. Doc. 1. He also seeks leave to proceed *in forma pauperis* (IFP). Doc. 2. As it appears that he lacks sufficient resources to prepay the filing fee, the motion is **GRANTED**. The petition, however, is untimely and should, therefore, be dismissed.

Pursuant to Rule 4 of the Rules Governing § 2254 cases, the Court must review and dismiss the petition if it "plainly appears . . . that the petitioner is not entitled to relief in the district court." R. Governing § 2254 Cases, R. 4. Federal habeas petitions brought under 28 U.S.C. § 2254 are subject to a one-year statute of limitations. 28 U.S.C. § 2244(d)(1).

The limitations period is calculated from "the date on which the judgment became final by the conclusion of direct review or the expiration of time for seeking such review." 28 U.S.C. § 2244(d)(1)(A). The statute of limitations is tolled during the pendency of "a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim." 28 U.S.C. § 2244(d)(1)(B). It is not, however, tolled during the interstitial periods between the disposition of one such action and the initiation of another.

Petitioner was convicted in Chatham County Superior Court on February 14, 2014. Doc. 1 at 1. He moved for a new trial, which was denied on March 16, 2015. *Id.*at 1–2. Petitioner then appealed his conviction, which was denied on February 8, 2016. *Id*. at 2. On, January 20, 2017—347 days after his appeal was denied—he filed a state habeas action. *Id*. The state habeas action was denied on April 26, 2019. *Id*. at 2–3. An appeal was subsequently denied on January 27, 2020. *Id*. at 3. This action was filed 325 days later, on December 17, 2020. Doc. 1. Thus, 672 days have elapsed since petitioner's state conviction became final during which no appeal or other collateral attack was pending. When

given an opportunity to justify this prolonged period, petitioner failed to respond. *Id*. at 9–10.

As this petition is untimely, the Court **RECOMMENDS** that it be **DISMISSED**. Applying the Certificate of Appealability (COA) standards set forth in *Brown v. United States*, 2009 WL 307872 at * 1–2 (S.D. Ga. Feb. 9, 2009), the Court discerns no COA-worthy issues at this stage of the litigation, so no COA should issue either. 28 U.S.C. § 2253(c)(1); Rule 11(a) of the Rules Governing Habeas Corpus Cases Under 28 U.S.C. § 2254 ("The district court *must* issue or deny a certificate of appealability when it enters a final order adverse to the applicant.") (emphasis added). Any motion for leave to appeal *in forma pauperis* therefore is moot.

This R&R is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to the R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED**, this 11th day of January, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA