IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTHONY THREATT ROBINSON, )
)
    Petitioner, )
)
v. ) CASE NO. CV420-326
)
KEVIN SPRAYBERRY, )
)
    Respondent. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 8), to which Plaintiff has not filed objections. After a careful de novo review of the record, the Report and Recommendation (Doc. 8) is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 2) is **GRANTED**; however, Plaintiff's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED**. Applying the Certificate of Appealability (COA) standards set forth in Brown v. United States, Nos. 407CV085, 403CR001, 2009 WL 307872 at *1-2 (S.D. Ga. Feb. 9, 2009), the Court discerns no COA-worthy issues at this stage of the litigation. Therefore, Petitioner is not entitled to a COA. See 28 U.S.C. § 2253(c)(1); 28 U.S.C. foll. § 2255, Rule 11(a) ("The district court must issue or deny a certificate of appealability when it enters a final order adverse

to the applicant."). The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 23rd day of February 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA